# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| TERESA WEINACKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 14-00091-CG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 12-00168-CG |
| | ) | |
| Respondent. | ) | |

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a), the undersigned does hereby recuse herself from any and all further involvement in this proceeding.

**DONE and ORDERED** this 29th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE