# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TERESA WEINACKER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | 14-00091-AKK |
| **UNITED STATES OF AMERICA,** ) | |
| ) | Criminal Action Number: |
| Defendant. ) | 12-00168-AKK |
| ) | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 24, 2015, is **ADOPTED** as the opinion of this Court.

**DONE** the 3rd day of October, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE